AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   4:23 MJ 2288 JSD |
| Alan Bill a/k/a "Vend0r" and "KingdomOfficial" ) ) ) ) ) | SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 2020 to December 14, 2023   in the county of   St. Louis   in the Eastern   District of   Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 and 841(a)(1) | Drug Trafficking Conspiracy |
| 18 U.S.C. 1028(f) and (a)(7) | Identity Theft Conspiracy |
| 18 U.S.C. 1956(h) and (a)(1)(B)(i) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*/s/ David Ogurek*

*Complainant's signature*

David Ogurek, Special Agent, FBI

*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date:   December 14, 2023

*Judge's signature*

City and state:   St. Louis, Missouri   Honorable Joseph S. Dueker, U.S. Magistrate Judge

*Printed name and title*